76,229-03

Jesus Jaime Jimenez
TDCJ-ID No. 01363409
Allan Polunsky Unit
3872 FM 350 South
Livingston, Texas
77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 17 2015

Abel Acosta, Clerk

Court of Criminal Appeals of Texas
Office of the Clerk, Abel Acosta
P.O. Box 12308, Capitol Station
Austin, Texas    78711

Re: Tr. Ct. No. B91-54-1.
    WR-76,229-03.

December 10, 2015

Mr. Acosta,

   I am writing for several reasons, and I hope that you will be able to shed a light to my concerns...

   First of all, I just received a 'white card' from you, concerning the application for Writ of Habeas Corpus (11.07), to which I filed in the 198th Judicial District Court, in Kerrville Texas (Kerr County)..

   In any event, I noticed that you had sent the 'white card' to Estelle Unit, however, that is not my assigned Unit, my assigned Unit is Polunsky Unit, to which is listed on the 11.07 application. I wanted to bring this to your attention, so that any further mail, may be sent to the Polunsky Unit, and not the Estelle Unit.

   Furthermore, when I filed the application for writ of habeas corpus, in the trial court, I had asked for an evidentiary hearing, so that they may provide me with a court-appointed attorney, since I can not afford one, and as it is defined in Senate Bill 662, however, the Trial Court never did respond to the Writ, nor did they make any rulings...

   Also, a copy was sent to the District Attorney's Office, but they never did respond to my allegations...

   I was wanting an attorney assigned to my case, because apart from the allegations that I had listed, there is further factual proof, that the Judge did not have jurisdiction over my case.

   There is factual evidence, that I need to obtain, and a attorney would be better equipped in obtaining it, since I have been trying, but due to my incarceration, I am being given the run-around...

   My question to you is, do I have to file another Motion for appointment of counsel, there in the Court of Criminal appeals, or is it sufficient with the Motion that I filed in the trial court???

Also, as I mentioned, I wanted to supplement the Writ Application, to include the issue of 'jurisdiction', but am needing an attorney to help me with the case. If for some reason an attorney is not appointed to me, am I still allowed to supplement the Writ, and include the jurisdiction issue??? And do I have a deadline in doing so??

I would very much like to supplement the Writ, if possible, because factual evidence will show, that my conviction should be viod, and that it should not stand, as I did not plead guilty, voluntarily, but did so due to the plea bargain that was offered...

There are plenty of case (which I plan to show) that state that when the D.A's Office cannot keep it's part of the plea bargain, then the conviction is void, because the plead was not voluntarily..

Could you 'Please' shed a light to my concerns, and also, bring this to the attention of the Courts, so that I may be given ample time, to supplement the Writ, before a ruling is handed down..

I had anticipated in doing so in the trial court, but without my knowledge, they forward my application to this Court, and did not making any rulings, or adised me or such..

Mr. Acosta, I thank you for your time, care, and concern, and I pray that you will be able to shed a light, so that I may be able to supplement the Writ..

Respectfully submitted,

Jesus Jaime Jimenez, Pro Se
TDCJ-ID No. 01363409
Allan Polunsky Unit
3872 FM 350 South
Livingston, Texas
             77351